IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES RUSSELL, #DQ1976 | : | MISCELLANEOUS |
| v. | : | |
| RAYMOND J. SOBINA, et al. | : | NO. 02-mc-126 |

ORDER

AND NOW, this _____ Day of July, 2002, it appearing that on May 13, 2002, James Russell apparently attempted to file a petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, using another court's 28 U.S.C. §2254 form, and

it further appearing that virtually all of the information requested of petitioners on this form was not provided by Mr. Russell, and

it further appearing that on May 17, 2002, this court Ordered that the Clerk of Court furnish petitioner with the current forms for filing a petition pursuant to 28 U.S.C. §2254 and bearing the above-captioned civil action number, and Ordered petitioner to complete these forms as directed by Local Civil Rule 9.3 and return them to the Clerk of Court within thirty (30) days, or else this civil action will be dismissed, and,

it further appearing that the Clerk of Court promptly sent petitioner this court's current forms, and that petitioner has not returned them, it is hereby

ORDERED that petitioner is granted provisional leave to proceed in forma pauperis for the purposes of this Order only, and, it is further

ORDERED that this miscellaneous matter is DISMISSED WITHOUT PREJUDICE.

_____
BERLE M. SCHILLER, J.